UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20772-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DULCE CASTELLANOS,
        Defendant.
_____/

## ORDER GRANTING MOTION TO SUPPLEMENT RECORD ON APPEAL

THIS CAUSE came before the Court upon defendant's motion to supplement record on appeal **[D.E. #205]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **GRANTED.** The Clerk of Court is directed to supplement the record on appeal with the transcript of the motion to sever.

DONE and ORDERED in Miami-Dade County Florida, this ___ day of October, 2010.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
Appeal Section